IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **John R. Huling Jr.** | * |
| | * Case No. 14-11252 |
| | * Chapter 13 |
| **Debtor** | * |
| * * * * * * * * * * | |

PRE-CONFIRMATION CERTIFICATION
AND ADEQUATE PROTECTION AFFIDAVIT

Debtor(s) hereby certify under penalty of perjury that the following statements are true and correct:

1. Debtor(s) has/have paid any fee, charge, amount required under Sec. 1930 of title 28, U.S.C, or by the plan (i.e. adequate protection payments) to be paid before confirmation.

**Total $2885.68 (7 x $412.24) to American Honda Finance, PO Box 168088, Irving TX 75016-8088; Acct. xx3763, paid on or before the 28th day of each month, February – August, 2014.**

2. Debtor(s) has/have paid all amounts that are required under a domestic support obligation and that first became payable after the date of the filing of the petition, if applicable.

3. Debtor(s) has/have filed all applicable Federal, State, and Local tax returns with the appropriate taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

Debtor(s) affirm that the plan is proposed in accordance with 11 U.S.C §1325 and request said plan be confirmed.

Date:  __8/13/14_____          __/s/ John R. Huling Jr._____
                                                                      Debtor's Signature

CERTIFICATE OF SERVICE

      This is to certify that on this 13th day of August, 2014, I caused the foregoing document to be served by first class mail, postage prepaid, addressed to:

American Honda Finance Corporation,
c/o THE CORPORATION TRUST INCORPORATED, Reg. Agt.
351 WEST CAMDEN STREET
BALTIMORE, MD 21201

Priscilla Ruiz
Bankruptcy Collector
American Honda Finance Corporation
P.O. Box 168088
Irving, TX 75016-8088

and on the Chapter 13 Trustee by CM/ECF at ECF@ch13balt.com.

                                        /s/ Daniel M. Press_____
                                        Daniel M. Press