UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                                     *

    JOHN R. HULING JR.                    *        Case No. 14-11252-RAG

    Debtor                                           *          (Chapter 13)

*      *       *       *       *       *       *

OBJECTION TO CONFIRMATION OF PLAN

    Ellen W. Cosby, Trustee, having reviewed the Chapter 13 statement and plan filed in this case, having examined the Debtor at the Section 341 meeting, and having reviewed any additional information and documentation deemed pertinent, objects to confirmation of the Debtor's Second Amended Plan filed August 4, 2014 for the reasons stated below.

**OUTSTANDING ITEMS FROM PRIOR OBJECTION FILED ON MARCH 19, 2014:**

    1.    Although the Debtor has filed an Amended Statement of Financial Affairs, he has failed to disclose all required information regarding his self-employment in Paragraph 18 as previously requested.

    2.    The Debtor has failed to amend Schedule C to state the values.

**OUTSTANDING ITEMS FROM PRIOR OBJECTION FILED ON JUNE 12, 2014:**

    3.    There are not enough funds to satisfy priority and secured claims and no funds for unsecured claims.

    4.    The Debtor has failed to disclose the age of his dependent Daughter in Schedule J as required.

    5.    The Debtor must timely file the required Pre-Confirmation Certification per Local Bankruptcy Rule 3015-2.


Dated:  August 29, 2014                /S/ *Ellen W. Cosby*
                                                         Ellen W. Cosby
                                                         300 E. Joppa Road, Suite 409
                                                         Baltimore, MD  21286
                                                         (410) 825-5923
                                                         inquiries@ch13balt.com
                                                         Chapter 13 Trustee

2

<u>CERTIFICATE OF SERVICE</u>

        I HEREBYCERTIFY that a copy of the foregoing Objection was transmitted electronically through CM/ECF to Daniel M. Press, Esquire, attorney for the Debtor and was mailed by first-class mail on August 29, 2014 to the Debtor.

John R. Huling Jr.
19 White Pine Road
Amherst, MA  01002

                                                                            /S/ *Ellen W. Cosby*_____
                                                                            Ellen W. Cosby