IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **John R. Huling Jr.** | * |
| | * Case No. 14-11252 |
| | * Chapter 13 |
| **Debtor** | * |

\* \* \* \* \* \* \* \* \* \*

PRE-CONFIRMATION CERTIFICATION

Debtor(s) hereby certify under penalty of perjury that the following statements are true and correct:

1. Debtor(s) has/have paid any fee, charge, amount required under Sec. 1930 of title 28, U.S.C, or by the plan (i.e. adequate protection payments) to be paid before confirmation.
.

2. Debtor(s) has/have paid all amounts that are required under a domestic support obligation and that first became payable after the date of the filing of the petition, if applicable.

3. Debtor(s) has/have filed all applicable Federal, State, and Local tax returns with the appropriate taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

Debtor(s) affirm that the plan is proposed in accordance with 11 U.S.C §1325 and request said plan be confirmed.


Date:  8/29/14                              /s/ John R. Huling Jr.
                                            Debtor's Signature

CERTIFICATE OF SERVICE

      This is to certify that on this 2nd day of September, 2014, I caused the foregoing document to be served on the Chapter 13 Trustee by CM/ECF at ECF@ch13balt.com.


                                      /s/ Daniel M. Press_____
                                      Daniel M. Press